*PAUL S. GROSSWALD*
*Attorney at Law*

13 Irving Place, Ste. 1
Summit, NJ 07901
*Admitted in NJ & NY*

Phone: (917) 753-7007
Fax: (212) 671-1321
pgrosswald@hotmail.com

May 26, 2017

**Via ECF**
Hon. John Michael Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   Re: American Humanist Association, et al. v. Borough of Roselle Park, et al.,
      Docket No.: 2:16-cv-06153-JMV-MF

Dear Judge Vazquez:

  I represent the Plaintiffs in the above-referenced matter. The parties have previously informed the Court that this matter was settling. Therefore, on March 29, 2017, Your Honor issued an Order stating that it is:

> **ORDERED** that within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further
>
> **ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

[ECF 16.] The 60th day from March 29, 2017 is this Sunday, March 28, 2017, which means the deadline will expire on the next business day, which is Tuesday, March 30, 2017. See F.R.C.P. 6(a)(1)(C).

  I am writing to request additional time. The parties have thus far been diligently working towards a settlement, and an agreement has been reached. At this point, the Plaintiffs have signed a settlement agreement, but we are still waiting for the Defendants to sign the agreement and submit a settlement payment of $14,950. Defendants' counsel, Mr. Nemeth, has informed me that his clients have agreed to sign, but that it will take another seven to ten days from today for him to procure the settlement check. Obviously, the Plaintiffs do not want this case


dismissed with prejudice until we have received the check.

Therefore, the Plaintiffs respectfully request that this Court extend the deadline set forth in this Court's March 29, 2017 Order for an additional 60 days, or such other amount of time as the Court deems appropriate. Mr. Nemeth has informed me that he consents to an extension of an additional 30 to 60 days.

Thank you for your consideration of this matter.

Sincerely,

s/ Paul S. Grosswald
PAUL S. GROSSWALD
Attorney for Plaintiffs,
    **American Humanist Association,**
    **Gregory Storey, and Charlene Storey**

cc by ECF: Eric Nemeth, Counsel for Defendants

\* Granted.

So Ordered:

_[signature]_ 5/30/17
Judge John Michael Vazquez, U.S.D.J.   Date