ERIC J. NEMETH, P.C.
55 Madison Avenue, Suite 400
Morristown, New Jersey 07960
(973) 539-2122
Attorney for Defendant Borough of Roselle Park

| | |
|---|---|
| AMERICAN HUMANIST ASSOCIATION, ET AL..GREGORY STOREY, & CHARLENE STOREY; <br><br> Plaintiffs, <br><br> vs. <br><br> BOROUGH OF ROSELLE PARK; AND CARL HOKANSON, in his official capacity as Mayor of the Borough of Roselle Park, <br><br> Defendants. | : UNITED STATES DISTRICT COURT <br> : DISTRICT OF NEW JERSEY <br> : <br> : DOCKET NO.: 2:16-CV-06153 <br> : <br> : **CIVIL ACTION** <br> : <br> : <br> : **STIPULATION OF DISMISSAL WITH** <br> : **PREJUDICE** |

**THIS MATTER,** in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that same be and is hereby dismissed without costs against any party with prejudice as to Defendant, BOROUGH OF ROSELLE PARK, AND CARL HOKANSON, in his official capacity as Mayor of the Borough of Roselle Park.

Dated: June 22, 2017

PAUL S. GROSSWALD, ESQ., LLC

By: *Paul Grosswald*
Paul Grosswald, Esq.
*Attorney for Plaintiffs*

Dated: 6/22/17

ERIC J. NEMETH, P.C.

By: *[signature]*
Eric J. Nemeth, Esq.
*Attorney for Defendants*

Dated: 7/15/17

So Ordered:

*[signature]*  7/25/17
Judge John Michael Vazquez, U.S.D.J.   Date